# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 5, 2006

Clifford W. Taylor,
Chief Justice

129134
& (95)
(97)
(98)
(99)
(100)
(101)
(102)
(104)
(107)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SUE H. APSEY and ROBERT APSEY, JR.,
      Plaintiffs-Appellees-Cross
      Appellants,

v

MEMORIAL HOSPITAL, d/b/a
MEMORIAL HEALTHCARE CENTER,
      Defendant,
and

RUSSELL H. TOBE, D.O., JAMES H.
DEERING, D.O., and JAMES H. DEERING,
D.O., P.C., d/b/a SHIAWASSEE RADIOLOGY
CONSULTANTS, P.C.,
      Defendants-Appellants-Cross
      Appellees.
_____/

SC: 129134
COA: 251110
Shiawassee CC: 01-007289-NH

On order of the Court, the application for leave to appeal the June 9, 2005 judgment of the Court of Appeals, the application for leave to appeal as cross-appellant, and the motions for leave to file briefs amicus curiae are considered. The motions to file briefs amicus curiae are GRANTED. We direct the Clerk to schedule oral argument on whether to grant the applications or take other peremptory action. MCR 7.302(G)(1). The parties may file supplemental briefs within 28 days of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2006

_____
Clerk

l0502